Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; and BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation; and DAVID L. BAIN,<br><br>    Defendants. | Case No. 2:24-cv-00995-JNW<br><br>[~~PROPOSED~~]<br>**ORDER FOR DEFAULT JUDGMENT** |

Plaintiffs, BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; and BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND, (collectively "Plaintiffs" or "Trust Funds"), by and through their counsel of record, The Urban Law Firm and Christensen James & Martin have moved the Court for Default Judgment to be entered in favor of Plaintiffs and against Defendants PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation; and DAVID L. BAIN an individual, jointly and severally. Having

Order for Default Judgment
(Case No. 2:24-cv-00995-JNW)

THE URBAN LAW FIRM
7440 W. Sahara Ave., Las Vegas, NV 89117
P. (702) 968-8087 / (702) 255-1718
murban@theurbanlawfirm.com
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
wes@cjmlv.com
Counsel for the Plaintiffs

1

reviewed the Motion for Default Judgment and supporting Declarations and exhibits and with good cause appearing, this Court enters the following order:

NOW, THEREFORE, pursuant to FRCP 55(b),

**IT IS HEREBY ORDERED** that Plaintiffs be awarded a Default Judgment as follows:

Against PACIFIC SHIP REPAIR & FABRICATION, INC.; and DAVID L. BAIN, jointly and severally, for the following amounts due:

| | |
|---|---|
| Liquidated Damages on late submitted reports: | $ 943.60 |
| Interest on late submitted reports: | $ 175.18 |
| Attorney's fees: | $3,025.00 |
| Costs: | $ 558.09 |
| **Total:** | **$4,701.07** |

**IT IS HEREBY FURTHER ORDERED** that Defendant PACIFIC SHIP REPAIR & FABRICATION, INC. submit a fringe benefit bond in the amount of $50,000.00.

**IT IS HEREBY FURTER ORDERED** that the Clerk of the Court shall enter judgment consistent with this Order.

For all further relief the court may deem just and proper.

Dated this _1_ day of _April_, 2024.

_[signature]_
UNITED STATES DISTRICT JUDGE

Presented by:
**THE URBAN LAW FIRM**
/s/ Michael A. Urban
Michael A. Urban, Esq.
Washington State Bar No. 20251
7440 W. Sahara Ave.
Las Vegas, NV 89117
P. (702) 968-8087; F. (702) 968-8088
murban@theurbanlawfirm.com

Order for Default Judgment
(Case No. 2:24-cv-00995-JNW)

THE URBAN LAW FIRM
7440 W. Sahara Ave., Las Vegas, NV 89117
P. (702) 968-8087 / (702) 255-1718
murban@theurbanlawfirm.com
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
wes@cjmlv.com
Counsel for the Plaintiffs

2